HENRY A. THOMPSON, Respondent, v. EDWARD GOETTEL and Another, Appellants.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of DENNIS P. CREEDON for the Examination of Certain Voting Machines and for the Correction of Certain Errors and Discrepancies Appearing Thereon, Pursuant to the Provisions of the Election Law of the State of New York, etc.— Stay granted pending appeal to Court of Appeals.

In the Matter of the APPOINTMENT OF OFFICIAL REFEREES.— Order entered appointing Hon. George E. Pierce and Hon. Edward R. O'Malley official referees.

WILLIAM C. MOORE and Another, Appellants, v. HELEN MOORE SHANLEY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

BENJAMIN STOLZ and Another, as Executors and Trustees, etc., of JOHN A. JUST, Deceased, Appellants, v. ALMIRA J. PICKELL and Others, Defendants, FLORENCE N. FULLERTON and Another, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to respondents to plead over within ten days upon payment of the costs of the motion and of this appeal, upon the ground that the mortgage antedated the occupancy of the premises as alleged in paragraph 8 of the answer and there is no allegation that any part of the presmises described in the complaint or interest therein is reserved or exempted from the mortgage in favor of the respondents or their predecessors in title. All concur.

MARY LAVERTY, Respondent, v. BRADNER'S, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

FRANK C. HOGAN, Respondent, v. GUST JOHNSON and Another, Defendants, and ARVILLE KOHLER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of Proving the Last Will and Testament of MILDRED KIRCHNER, Deceased.— Decree affirmed, with costs payable out of the estate. All concur.

PHILIP DORFMAN and Another, Doing Business under the Assumed Name and Style of DELEVAN BAILEY DRUG COMPANY, Respondents, v. CONTINENTAL CASUALTY COMPANY, INC., Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the finding of the jury to the effect that the robbery occurred before the hour of midnight, daylight saving time, was against the weight of the evidence. All concur, except Thompson and Lewis, JJ., who dissent and vote for affirmance.

GERTRUDE KAPLAN, Respondent, v. MINNIE E. WOLF, Appellant.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB FRYER, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn Prison, Respondent.— Order affirmed, without costs. All concur.

ALOYSIUS P. RAFFERTY, Respondent, v. PAGE-MORRIS, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

MARY GERLACH, Respondent, v. EARL J. WESTFALL, Appellant.— Judgment affirmed, with costs. All concur.

STEPHEN GERLACH, Respondent, v. EARL J. WESTFALL, Appellant.— Judgment affirmed, with costs. All concur.